**Petition for Writ of Mandamus Denied and Memorandum Opinion filed November 9, 2021.**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-21-00613-CR**
**NO. 14-21-00614-CR**
_____

**IN RE CHRISTOPHER EUSTICE, Relator**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**179th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1716703 & 1716837**

## MEMORANDUM OPINION

On October 27, 2021, relator Christopher Eustice filed a petition for writ of mandamus and a motion for emergency stay of bond revocation in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Ana Martinez, presiding judge of the 179th District Court of Harris County, to set aside two orders signed by the trial court on October 22, 2021, revoking the bond of relator in trial court cause numbers 1716703 and 1716837.

As set forth in his petition for writ of mandamus, relator is represented by counsel. A defendant in a criminal law matter is not entitled to hybrid representation. *Jenkins v. State*, 592 S.W.3d 894, 902 n.47 (Tex. Crim. App. 2018). In the absence of a right to hybrid representation, relator's pro se petition for writ of mandamus presents nothing for this court's review. *See Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995); *Turner v. State*, 805 S.W.2d 423, 425 n.1 (Tex. Crim. App. 1991).

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus and motion for emergency stay of bond revocation.


PER CURIAM

Panel consists of Chief Justice Christopher and Justices Hassan and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b).